# United States District Court
### Eastern District of North Carolina
### Western Division

**Case No.** 5:24-CT-3289-FL

(To be filled out by Clerk's Office only)

FILED

DEC -9 2024

PETER A. MOORE, JR., CLERK
US DISTRICT, EDNC
BY _____ DEP CLK

Gary Dwayne Gochie

_____

Inmate Number 0808046

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

— See Attached —
S.I. (Super Intendant) Cathy Judge
A.S.I. Sarah Floyd
Mrs. Francis
Kimberly D. Grande

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

# COMPLAINT

*(Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

---

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

Gary D. Gochie
Name

0808046
Prisoner ID #

Harnett Correctional Institution #3805
Place of Detention

Institutional Address

Lillington                    N.C.                    27546
City                          State                   Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee    ☐ State    ☐ Federal
☐    Civilly committed detainee
☐    Immigration detainee
☑    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

Defendant List

S.I. (SuperIntendant) Cathy Judge
A.S.I. Sarah Floyd
Mrs. Francis, Helen
Kimberly D. Grande
Tia Samayoa
Mrs. Calender
Sgt. Young
Mrs. Barnwell
Cpt. Dorman
~~Hinton~~ Ina M. Hinton

page 1

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: <u>Cathy Judge</u>
Name

<u>Super Attendant</u>
Current Job Title

<u>1210 McNeill St.</u>
Current Work Address

<u>Lillington</u>      <u>NC</u>      <u>27546</u>
City          State         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: <u>Sarah Floyd</u>
Name

<u>Assistant Super Attendant</u>
Current Job Title

<u>1210 McNeill St.</u>
Current Work Address

<u>Lillington</u>      <u>NC</u>      <u>27546</u>
City          State         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: Mrs. Francis
_____
Name

Religious Cordinator at Harnett
_____
Current Job Title

1210 McNeill St.
_____
Current Work Address

Lillington          NC          27546
_____
City                State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 4: Kimberly D. Grande
_____
Name

Inmate Grievance Examiner
_____
Current Job Title

4207 Mail Service Center
_____
Current Work Address

Raleigh          NC          27699-4207
_____
City              State       Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☐ Both

## IV.
## Defendant(s) Information, Continued

Defendant 4: Tia Samayoa

Title: Case Manager and (past) grievance handler

Addy: 1210 McNeill St.

City: Lillington, NC 27546

Capacity in which being sued: <u>Official</u>

Defendant 5: Mrs. Calendar

Title: Case Manager

Addy: 1210 McNeill St.

City: Lillington, NC 27546

Capacity in which being sued: <u>Official</u>

Defendant 6: Sgt. Young

Officer, Sergent

1210 McNeill St.

Lillington, NC 27546

Capicity: <u>Both</u>

Defendant 7: Mrs. Barnawell

Case Manager

1210 McNeill St.

Lillington, NC 27546

Capacity: <u>Official</u>

pg. 2

IV.
Defendant (s) List of Information, continued.


Defendant 8: Cpt. Dorman
Security Risk Group Captian
1210 McNeill St.
Lillington, NC 27546
Capacity: Both


Defendant 9: Mr. Persons
Case Manager
1210 McNeill St.
Lillington, NC 27546
Capacity: Offical


Defendant 10: Ina M. Hinton
Inmate Grievance Resolution Board
4207 Mail Service Center
Raliegh, NC 27699
Capacity: Both

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: <u>Harnett Chapel</u>

Date(s) of occurrence: <u>June 6 2024 until current, 6/11, 7/2, 7/24, 10/8</u>

State which of your federal constitutional or federal statutory rights have been violated:

<u>First Amendment, RLUIPA, The Establishment Clause,
The Eight Amendment and N.C. Constitution Art. 1, Sec. 13, and 14th</u>

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:



I left prison in September 2019 listed as a member of the Native American Faith Group. I've spent years in prisons, several in North Carolina, practicing the N.A.F.G.. In December 2023 I came back to prison. By my own mistake, or that of a staff member on 12/17/23 I was recorded as Christian in the Religious logs.

April 1, 2024 I was transfered from Prossesing to Harnett C.I.

June 6th 2024 I was refused attendance to the Native American/American Indian Faith services. Mrs,

Francis said she can where I used to be American Indian (A.I.) in the computer; but that now I was Christian. I told her that is wrong. I don't attend Christian services, I walk The Red Road as A.I.. It is a way of life. I said I wanted to get it set straight.

I started filing grievances, which were took through

all 3 stages.

06/26/24 I went to opporations to sign a grievance reply.

What happened to you?

Tia Samayoa, infront of Mrs. Calender, told me that if told any more inmates to file grievances, or tried to help them with grievances, that I would be charged with insighting a riot. I told her to go ahead. That I'd add it to the lawsuit. Chapter 6, Sec. 0303 (4) (DC 410) of N.C. Department of Adult Corrections (D.A.C.) says "No repraisals will be taken against any offender..."

10/3/24 I was written up for Inciting A Riot and Disobeying a direct Order. After two Timeline violations I was sent to the D.H.O. (Disciplinary Hearing Officer). After it was sent back for a reinvestigation the

When did it happen to you?

charges were both dropped; but, became Disrespecting an Officer for saying "It isn't in the fucking policy." In itself a 1st Amendment violation. The officers statement was rewrote to fit that in, after my statement was given. After another timeline violation, against DAC policy, I was convicted on 11/22/24. I wasn't told I was found guilty. I wasn't given any paperwork saying I was found guilty. During the hearing I wasn't allowed full due process. When taken to seg I got no hot water, more on that later.

① 07/02/24 Was inside Talk Circle. Talk Circle (T.C.)

Where did it happen to you?

is avilible to ANYONE. It is like a community meeting. We speak on important matters, intiate new members and talk about our history. During T.C. I told the guys about about what Samayoa said to me in her office, Mrs. Francis came out her office and called me to the side to tell me "I need you not to speak." I asked her if she'd ever heard of the First Amendment Freedom of

Case 5:24-ct-03289-FL    Document 1    Filed 12/09/24    Page 9 of 16

Speech. That she couldn't tell me not to speak at a T.C.. I went back to the Circle and proceeded to inform them. At that time Mrs. Francis told me to leave service.

What was your injury?

To my Knowledge, Mrs. Francis contacted Mrs. Barnwell, whom contacted Cpt. Dorman to speak to me, so I was told. Upon asking to speak to Cpt. Dorman he told me we'd talk and we never did.

07/10/24 I was Kicked out of T.C. before even getting in. As I was signing my name, they Keep a sign-in sheet, I got my First name and Mrs. Francis told me to get out. I had a History of the Lakota in my hand to read. When I asked why I had to get out Mrs. Francis reply was because "you won't obey my order not to speak." I then asked her if she'd heard of the N.C. Constitution and proceeded to read §13. She said "that is why you are not allowed in here. I don't need to hear Policy. I explained it wasn't policy, but N.C. Law. Mr. Persons walked me out and I tried to talk it all out with him. I showed him Policies and Law. That this was my right to pray! Filed Grievance # 00643 on 07/15/24 Att. #2 I added Attachment # 2.1 to said grievance, and sent a request to see S. Floyd, that never happened.

06/18/24 I requested to order Religious Items. I was denied, Att. #3. Therefore denying me ALL aspects of my Faith.

05/16/24 I filed grievance # 00432 about being denied access to my Faith, Att. #4. #4.1 is reply Att. # 2.2 is reply to #00643 grievance. Mrs. Barnwell wasn't there. T.C. is where one person speaking has the floor, and that was me. There isn't a "service" it..

V. Statement of Claim. Facts; Continued

is not church.

07/11/24 12:45 finished writing a 3 page letter to
S.I. Judge, Attachment #1, and got a reply from
S. Flyod, Att. #1.1.

At 18:01 got a good feeling I'd be retaliated
against for sending Judge the letter and for filing
to get my SRG file closed.

I'd been 5 years infraction free. Prison Legal Services
said they have observed that normally after 18 months
of no infractions usually makes an inmate able to have
their validation removed. SRG Godfree said he wouldn't
close my file. Though I was 62 months infraction free
and had been on this yard for 3 months without
SRG ever approaching me.

09/12/24 #26273 grievance about DAC (Depart-
ment of Adult Corrections) policy stating "...practitioners
should smudge and pray as a group two (2) days
each week"..., Attachment #5, and #5.1 Religious
Calender. We can only go out to smudge and
pray one every two weeks. But not me.

pg. 4

Facts: continued

09/12/24 #26265 grievance about Green Corn Feast, Att. #6, and reply, Att #6.1, stating A.I. (American Indians) will be given cake and fruit punch, No traditional foods, and my denial to attend the once a year feast.

09/18/24 reached out to the Grievance Board Administrator several times. Each time replies were as shown is Att. #7 and 7.1 ¢ 7.2

07/22/24, Att. #8, a copy of the letter I sent to the Controllers Office in N.C. about a Rule Change, I recieved no kind of reply to date.

07/23/24 at T.C. there were four (4) people who were apart of administration in the Chapel. Mr. Person told me "you are not allowed in here, You've been wrote up and it has been documented." [sorry Mrs. Francis said it infront of Mr. Persons].

07/30/24 Spoke to Mr. Persons about Flyod's letter to me about being good to go to T.C.. I started to be able to "Observe" service, as so said by Level 3 reply to grievance. Though I

pg. 5

Facts: Continued

could not pray or smudge.

10/08/24 tried to go to Pray Circle. Mrs. Francis had been gone for over a month. I'd attended a couple services. Now Mrs. Francis is back. I was denied service. I showed her the paperwork. She told me that I would not be coming until someone ordered her to let me "observe". She and Mr. Haze showed me a paper from Raliegh saying nobody could "observe."

10/09/24 Spoke to Sgt. Wagner, he is moving to Sundford Corr. Ins., I said I want to go, his reply "won't get there qouting policy."

11/22/24 Placed in segregation with no Hot water, documented. The entire Restrictive Housing Unit is without Hot water in the cells. Several grievances filed.
Cells are 48"x 60" of floor space. Way below minimums.
Inmates DO NOT go to outside rec, or any rec, but like once every two weeks.

pg. 6

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No

If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed? ☑ Yes ☐ No

If no, explain why not:

_____

_____

_____

_____

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

1) Change the Policy blocking inmates from changing religion but once ever 12 months. Every 90 days would be no issue.

2) Reinburse me all postage, court cost and $3,500.00.

3) I want a written policy appology from Mrs. Francis and Hinton.

4) Force Harnett to follow the religious policies on how many days a week we get service.

5) Install Hot Water in seg, or close it down.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?                    ☑ Yes    ☐ No

If yes, how many?    __2__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Ken Beaver, W.D. U.S.D.C., 5:18-C4-H8-FDW
Ken Beaver, W.D. U.S.D.C., 5:18-CV-00128-FDW

5:18-CV-00128-FDW  Dismissed with Prejudice
5:18-CV-00148-FDW  I was out of prison and missed
a deadline. Dismissed without prejudice

Both were conditions of confinement.
I thought I had 3 cases. But cannot find 3rd case
in the Law Library to list case #.

## IX.   PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

12/03/24
Dated

Plaintiff's Signature

Gary D. Gochie
Printed Name

0808046
Prison Identification #

PO Box 1569
Prison Address

Lillington
City

NC
State

27546
Zip Code