United States District Court
Eastern District of North Carolina
Western Division

**Case No.** 5:24-CT-3289-FL
(To be filled out by Clerk's Office only)

FILED
OCT - 9 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ______ DEP CLK

Gary D. Gochie

Inmate Number 0808046

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

North Carolina Department of Adult Correction,
N.C. Department of Public Safety,
Harnett Correctional Institution #3805
Warden Cathy Judge, (see attached)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

# COMPLAINT

(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

# I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

Gary D. Goehle 0808046

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

# II. PLAINTIFF INFORMATION

~~North Carolina Department of Adult Correction,~~ ✓

Gary D. Goehle,

~~N.C. Department of Public Safety,~~

Name

#0808046

~~Harnett Correctional Institution #3805~~

Prisoner ID #

~~Warden Cathy Judge (see attached)~~

Foothills Correctional Institution #3720

Place of Detention

5150 Western Ave.

Institutional Address

| Morganton | N.C. | 28655 |
|---|---|---|
| City | State | Zip Code |

# III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee ☒ ~~State~~ ☐ Federal

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

(see attached)

pg. 2 attachment

Complaint

42 U.S.C. § 1983

Plaintiff Info

Gary D. Gochie
#0808046
Foothills Correctional Institution #3720
5150 Western Ave.
Morganton, N.C. 28655

Prisoner Status

Convicted and Sentenced State Prisoner

ps. Sorry had a mishap on main pages

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: North Carolina Department of Adult Corrections
Name

N/A
Current Job Title

831 W. Morgan St.
Current Work Address

Raleigh | NC | 27699
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☐ Both

Defendant 2: North Carolina Dept' of Public Safety
Name

N/A
Current Job Title

831 W. Morgan St.
Current Work Address

Raleigh. | NC | 27699
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☐ Both

**Defendant(s) Continued**

Defendant 3: Harnett Correctional Institution #3805
Name

N/A
Current Job Title

1210 E. McNeill St
Current Work Address

Lillington NC 27546
City State Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☐ Both

Defendant 4: Cathy Judge
Name

Warden
Current Job Title

1210 E. McNeill St.
Current Work Address

Lillington NC 27546
City State Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☐ Both

Defendants Continued:

Defendant 5: Sarah Flyod
Assitant Warden of Programs
1210 E. McNeill St.
Lillington, NC 27546
Capacity: Both (official and Individual)

Defendant 6: Jimmy C. Dorman
Captain
1210 E. McNeill St.
Lillington, NC 27546
Capacity: Both

Defendant 7: Tyrell Griggs
Associate Warden Custody
1210 E. McNeill St.
Lillington, NC 27546
Capacity: Official

Defenden 8: Ms. Cooper
Officer
1210 E. McNeill St.
Lillington, NC 27546
Capacity: Both

Defendants Continued:

Defendant 9:   Helen Francis
               Corr' Program Supervisor
               1210 E. McNeill St.
               Lillington, NC   27546
               Capacity: Both


Defendant 10:   Tracy W. Dailey
                Disciplinary Hearing Officer
                831 W. Morgan St.
                Raleigh, NC   27699
                Capacity: Official


Defendant 11:   Mrs. Barnwell, Tammy
                Case Manager
                1210 E. McNeill St.
                Lillington, NC   27546
                Capacity: Both


Defendant 12:   Mr. Clyburn
                SRG Sergent
                1210 E. McNeill St.
                Lillington, NC   27546
                Capacity: Both

Defendant's Continued:

Defendant 13: Mr. Varney
Sergent
1210 E. McNeill St.
Lillington, NC 27546
Capacity: Both

Defendant 14: Mr. Walker
Officer
1210 E. McNeill St.
Lillington, NC 27546
Capacity: Both

Defendant 15: Mr. Young
Lieutenant
1210 E. McNeill St.
Lillington, NC 27546
Capacity: Official

Defendant 16: Mr. Persons
Case Manager
1210 E. McNeill St.
Lillington, NC 27546
Capacity: Official

Defendant's Continued:

Defendant 17: Tia Samoyoa
Case Manager
1210 E. McNeill St.
Lillington, NC 27546
Capacity: Official

Defendant 18: Mrs. Calender
Case Manager
1210 E. McNeill St.
Lillington, NC 27546
Capacity: Official

Defendant 19: Peter Bucholtz
Deputy Secretary of Institutions
831 W. Morgan St
Raleigh, NC 27699
Capacity: Both

Defendant 20: Kimberly D. Grande
Grievance Resolution Board
831 W. Morgan St.
Raleigh, NC 27699
Capacity: Official

Defendant's Continued:

Defendant 21: Ina M. Hinton
Grievance Resolution Center
831 W. Morgan St
Raleigh, NC 27698
Capacity: Official

Defendants 22: Monica Straugh
Grievance Handler
1210 E. McNeill St.
Lillington, NC 27546
Capacity: Official

Defendant 23: Patricia A. Alston
Grievance Examiner
831 W. Morgan St.
Raleigh, NC 27699
Capacity: Official

Defendant 24: Mr. Godfrey
SRG Sergent (Now Lt.)
831 W. Morgan St.
Raleigh, NC 27699
Capacity: Both

Defendants Continued:

Defendant 25: Mr. Dunia
Sergent at H.C.I.
1210 E. McNeill St.
Lillington, NC 27546
Capacity: Individual

Defendant 26: Mr. Powell
Captain
1210 E. McNeill St.
Lillington, NC 27546
Capacity: Official

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Harnett Correctional Institution (H.C.I.) #3805

Date(s) of occurrence: June 6th 2024 and contiued even after I left in 2025

State which of your federal constitutional or federal statutory rights have been violated:

RLUIPA, The Establishement Clause, 1st Amendment, 5th, 14th and 8th Amendments of the U.S. Constitution

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Who did what to you?

1) DPS/DAC stopped me from attending religious services for a year.
2) Helen Francis kicked me out of American Indian Talk Circle, for talking.
3) Tia Somayoa told me that if I told anyone to file a grievance, or helped them file one, I'd be charged with "Inciting A Riot".
4) After Raleigh said I could "observe" services, Helen Francis still refused me to attend services.
5) Francis refused to allow me to order religious faith items.
6) Francis charged me with "threating" her with a lawsuit, in retaliation.
7) Sgt. Clyburn and Cpt. Durman tried to immedietly upgrade me to SRG-3 for filing a lawsuit. They accomplished it months later.

8) Sgt. Clyburn took me to segergation where, without any reason to be in seg, Sgt. Dunia, Sgt. Varney and C/O Walker used Excessive Force against me in violation of the 8th Amend.
9) Against N.C.G.S.A. §148-23.1 A.I. Tobacco was taken.
10) A.I. were not given a chance to have a reel Green Corn Feast.
11) In retaliation for my grievances I was repeatedly charged with infractions, raising my SRG level and security level.
(See attached)

What happened to you?

1) I was refused my way of life (Faith) for a years. Either by my fault, or someone elses, I was put in the computer as "Christian"; though I've years as Native American/American Indian (N.A./A.I.)
2) My grievances got me retaliated against.
3) I was O.C. Sprayed.
4) My Security Risk Group level was raised to level 3.
5) My Custody Level was upgraded.
6) My Due Process Rights were violated several times. In-factions weren't properly investigated, evidence not gathered or ignored, timelines violated, and hearings held by family members.
7) I can no longer (currently) properly send my prayers to our creator.

When did it happen to you?

(Timeline in Attachment to this page 6)
Started early 2024 refusing me service.
December 2024 Prison took away Tobacco and provide a "smudge" blend Kinnikinick to use in our pipes.
Assaulted by staff 02/05/25

Where did it happen to you?

Harnett Corr. Ins. (H.C.I.) #3805
Chapel
L-Dorm Segergation

What was your injury?

1) I was refused religious services. Causing mental health issues.
2) I was sprayed with O.C. Spray in my genitals. Causing pain that lasted hours. The spray ate through the skin on my arm causing me to bleed.
3) I was charged $10 for each infraction. Over $100.00 paid.
4) My priviledges were taken.
5) My mental health has worsened.
6) My spirit is in a state of confussion and turmole.
7) My SRG level was raised in retaliation. Keeping me from programs, educational classes and jobs.
8) SRG file kept me from getting "Green's" to attend college and work release.

Attachment to pages 5&6
Who/What/When 5:24-Ct-3289-FL

Timeline:

1) April 1, 2024: Transferred to Harnett Correctional Institution (H.C.I.) #3805. H.C.I. was not holding Native American/American Indian (N.A. or A.I.) services at this time.

2) June 6th 2024: I was refused attendance, by Helen FRANCIS, to N.A. services. She said she can see where I was N.A. Faith Group (N.A.F.G.) for years; but at this time I was listed as Christian and asked to leave.

3) a) June 26, 2024: I went to "opporations" to sign a grievance with Tia Samayoa (SAMAYOA), whom was in-charge of handling grievances at that time. Case Manager Mrs. Calender (CALENDER) was present. SAMAYOA told me that if any more inmates file a grievance, I ask anyone else to file a grievance or I helped anyone file a grievance, that I would be charged with an infraction for "inciting a riot". My responce was "do it. To even threaten to do so is against the law and policy".

b) Department of Adult Corrections (D.A.C.) policy, Chapter G, sec. .0303(a) "No reprailsals will be taken against any offender..." for use of the Administrative Grievance Procedures.

4) a) October 3, 2024: I was charged with an A-2 Inciting a riot, and B-24 Disobeying a Direct Order, by C/O Cooper

Timeline Continued:

b) There were several timeline violations, per DAC/OPS policy, on that infraction. Offense date 10/3/24, charged 10/26/24.

c) After it was sent back for "reinvestigation" by the ~~Department~~ Disciplinary Hearing Officer (D.H.O.) C/O Cooper changed statement.

d) The infraction was changed from A02 & B24 to a B25.

e) Capt. Jimmy Dorman (DORMAN) signed off on this infraction and almost all others against me.

f) Capt. DORMAN and C/O COOPER were investigated years ago, when DORMAN was an Lieutenant, for having sexual relations while at work, in a bathroom of the Sergents Office in L-Dorm. They were no longer allowed to work shifts together. After DORMAN became a Captain he brung COOPER back onto his shift. And, it was on one of those shifts I was singled out by COOPER.

g) A memo was up about the shorts would be picked up the following week. It was posted in all Dorm's. I still had 3 (4) days to wear them per the POSTED notice.

h) The video will show, the underlined Exhibit #22, that no other inmate tried to show COOPER the notice. Just me. This was part of the DUE PROCCESS claim. The infraction as a whole is part of the RETALIATION claim.

5) November 22, 2024: Fifty days after the offense

date, I was found guilty. The D.H.O. did not hear me out. I was asked to leave the office without being found guilty or not guilty. I was given no paperwork about being found guilty; until days later. I wasn't told I was guilty. I was just escorted straight to seg.

(Due Process)

6) July 2, 2024: Was at Talk Circle (see Talk Circle Explination) telling the guys about what was said to me by SAMAYOA and CALENDER in the office on 6/26, when FRANCIS came out her office and asked me not to talk "I need you not to speak." I asked her if she'd ever heard of the First Amendment and the Freedom of Speech. That she had no right not to ask me to speak at TALK Circle, at the time she called me aside I had the floor (I was the person talking). I went back to the circle and told them what she'd just told me. At that time FRANCIS kicked me out of circle. To my knowledge FRACIS contacted Case Manager (C.M.) Tammy Barnwell (BARNWELL), whom then contacted Capt. DORMAN and asked him to speak with me. I seen DORMAN at 3rd chow and asked to speak to him, he told me he was planning to speak to me later. That talk never did happen.

Exhibit #2 "... general population are permitted to attend

religious programs." said Associate Warden Sarah Floyd (FLOYD). "Talking and sharing information.." what I was doing exactly that.

7) a) July 10th, 2024 I walked in the chapel to attend Talk Circle, while signing my name to the list, I had some Lakota history in my hand, FRANCIS told me to get out before I could even sign my last name. Her reasoning was "You won't obey my order not to speak." (See Talk Circle Explination). I asked her if she'd heard of the North Carolina (N.C.) Constitution, which I also had in my hand. Her responce was "that is why you are not allowed in here, I don't need to hear Policy." I explained that it was N.C. Law, not policy.

b) Mr. Person's (PERSONS), a case manager, walked me out. We talked. I showed him policies and laws. That it was my right to pray. He agreed that he didn't understand why they had a problem with it.

c) Filed grievance #00643, Exhibit #3

d) Stage 3 reply, Ex. #5, "offenders are allowed to participate as observers in other religious services." It was claimed I was "disruptive behavior" because I was "talking" in Talk Circle at my appointed time. (See Talk Circle Explain)

e) I sent a request to speak to FLOYD. Got no responce.

f) Added Exhibit #4 to Exhibit #3.

8) Sent 3pg, Exhibit #1, letter to Warden Cathy Judge

(JUDGE). Which was replied to. by FLOYD with a copy to JUDGE, exhibit #2.

9) June 18, 2024 got reply from FRANCIS about my religious items. I'd requested to order religious items. All religious items must be "preapproved". My request was denied. Exhibit #6

10) a) May 15, 2024 first grievance, #00432, about getting my religion changed. Exhibit #7.

b) Response from BARNWELL that I could "Observe", relating to Pipe Ceremony (R.C.).

11) September 11, 2024 filed grievance #26273, Exhibit #9, with Exhibit #10, against DPS Policy violations about the amount of services not being carried out by H.C.I.

12) a) Sept 11, 2024 filed grievance #26265, about N.A. not being able to get Traditional Foods for Green Corn Feast, Exhibit #11.

b) Was Raleigh's, Kimberly D. Grande (GRANDE), reply. They said we'd get "cake and fruit punch". That I could not attend. Per DORMAN we couldn't get a "American Indian Community" to bring us anything. Nothing happens at H.C.I. without DORMAN's approval. He has had arguements

^ Timeline Continued:

with Warden JUDGE on the sidewalk, with inmates present, about what and what will not take place at H.C.I..

13) July 24, 2024; copy of letter, Exhibit #13, that I sent the Controller's Office trying to Petition a Rule change under .0201. Got no reply.

14) 7/23/24: I'd been "observing" P.C. and taking part in T.C.. On this day at T.C. there were four (4) people from administration in the Chapel. FRANCIS, infront of PERSONS, told me "you are not allowed in here. You're been write-up and it has been documented." That is not a fact. I had not recieved any infractions. At that point I'd not had a "guilty" infraction in over five (5) years.

15) 7/30/24: I'd been able to "observe" services, which PERSONS had overseen; though I could not Smudge or Pray. With FRANCIS back now I could not attend period. FRANCIS had said "until I'm given an order, you're not going to attend." So on the 30th I spoke to PERSONS, I showed him FLOYD and Raleigh saying I could "observe," but FRANCIS won't allow it.

16) 10/08/24: FRANCIS had not been present for over


Case 5:24-ct-03289-FL Document 31 Filed 10/09/25 Page 20 of 32

Timeline Continued:

the last month. During that time I was able to attend services. The "sign-in sheet" will reflect that. Now FRANCIS was back. I tried to "observe" P.C.. FRANCIS again told me it wouldn't happen and showed me, with Mr. Haze, a paper from Raleigh, 'supposedly, saying nobody could observe. Totally in contradiction to my letter from Raleigh from 8/14/24, Exhibit #5.

16) 10/09/24: Spoke to Sgt. Wagner, in the chowhall, he said he is moving to Sandford Corr. Ins.. I told him I want to go. His reply was "won't get there gouting policy."

Retaliation Claims

17) Section 4 a-h was the start of the Retaliation.

18) On 10/04/24: I filed a grievance about COOPER's behavior. I asked Monica Straughn (STRAUGHN) for the grievance back. So I didn't "rock-the-boat".

19) 11/01/24: I realized it did not matter if I rocked-the-boat, it was clear I was being targeted, so I refiled the grievance again on 11/0/24.

20) 11/6/24 The above mentioned grievance was

Timeline Continued:

given back to me by STRAUGHN unfiled. She told me that Capt. Powell (POWELL) will repremand COOPER, and told her to give me my grievance back. Nothing was done.

21) 11/26/24 Because nothing was done about COOPER, I wrote Deputy Secretary, as per policy, sending him appeal to my infraction and a copy of the unfiled grievance. (Exhibits I previously filed #22 and 28. The Clerk of Court did not send me copies of those per FLANGAN'S (Honorable Judge Flanagan) order.)

22) 12/16/24 I got "inhouse mail" brung to me opened, did not have to sign for it, in violation of DPS Mail Policies. It was my grievance that the prison was forced to accept about COOPER, with it was my report to the Dep. Sec. BUCKHOLTZ, Ehibit #17, that was accepted by ~~Capt. Dorman~~ on 12/13/24 by STRAUGHN, giving DORMAN a heads up.

23) 12/17/24 Capt. DORMAN called me to opperations to sign the stage 1 reply to the grievance, # 26677 Exhibit #21 is stage 3 reply, signed by himself JIMMY DORMAN (Previously filed exhibit 21, wasn't copied onto me a ordered.), who isn't allowed to investigate officers he was disciplined for having a relationship with. DORMAN said my grievance

was about an Infraction, which it was not. Though the infraction is a violation of my 1st Amendment Rights to Freedom of Speech. The charge of $10.00 and attached punishments are acctual Injury.

24) I didn't write down the date. I'd been over five (5) years infraction free, so asked to have my SRG Validation removed. (Relevance to come later.)

25) 12/11/24 the courthouse mailed me my acceptence letter to claim 5:24-ct-03289-FL. Raleigh Post Stamped 12/12/24.

26) Robert B. Jones JR., the U.S. Magistrate Judge, signed the order for the $350.00 filing fee. Copy sent to the prison and one to me, Mine post stamed 12/13, 12/12/24. Giving the prison notice of suit.

27) 12/16/24 Magistrate Judge JONES accepted my lawsuit and appointed it to District Judge FLANAGAN'S docket. Post Stamped 12/16. (Harnett County is directly below Wake County)

28) 12/20/24 (Previously filed Exhibits 20, 20.1 & 20.2 were the copies of envelopes) I was called to the mailroom

to recieve all three (3) previously mentioned documents. They were all logged recieved on seperate days. I asked why I was just now getting all 3 at one time, days later. The reply was "they had to go through there process." That "process" is Capt. DORMAN calling the courthouse to verify they sent me the mail. The holding of Legal mail is a violation of DPS Policy D.0305 (b) saying it won't be held more then 48 hours.

29) 12/20/24 Immeditly after walking back to the dorm I was called to DORMAN's office, where Sgt. CLYBURN was. CLYBURN informed me that they were raising my SRG Level to the Highest Level 3. When I asked why I was told "due to my Infraction history". (I'd have to recieve several A-Charges at that time, for them to do that.) I asked how. I only had a C & B Charge Infraction. (C-Charge is almost no charge.) I asked who I appeal too. Per Security Manual sec. .1700 I don't meet the requirements. I appealed and my level was not raised. He, both CLYBURN and DORMAN, ackomplished that at a latter date.

30) 1/13/25 FRANCIS charged me a B-24, for telling her "that is why I sued you." She said I threatened a

lawsuit. Exhibit #16 & 20, DHO Tracy W. Dailey (DAILEY)

31) 1/15/25 grievance # 00027 against FRANCIS, exhibit #19

32) July 2024 I challenged my SRG level in grievance #00620. Raleigh, Patricia A. Alston (ALSTON), replied with verifiable lies. "you returned to prison in 2023 due to a probation issue." I got off parole in 2020. I've not been on probation since 2012. I was on no probation or parole at the time of my arrest. I completed parole in 2020. Exhibit #23.

33) 1/21/25 a second letter from Prison Legal Services, Exhibit #24, saying 18 months without an infraction will normally get a person eligible to have their validation removed. I'I been 66 months.

34) Letter from Associate Warden Tyrell Griggs (GRIGGS) with more lies. "Your Association..." I'n was not labled "Associate", which is the lowest level. I was Level 1. Exhibit. # 25. Everything I do to get SRG removed is replied to with falsehoods.

35) 02/05/25 ~~CLBURN~~ CLYBURN and DUNIA

Timeline Continued:

handcuffed me and CLYBURN took me to segergation. I faced no A-Charge, the only charge that gets seg-time in Restrictive Housing Unit (R.H.U.) at that time, and I owed no "backlog" seg-time. All because I cussed.

b) Upon entering seg I was turned over to Sgt. Varney (VARNEY), whom placed me in the seg shower. Where I was told to strip with no penological reasoning. I offered to strip out of everything but my boxers. It was cold, in Febuary. VARNEY then called DUNIA back to seg. DUNIA told them to open the seg shower door. Then he had my cuffs removed. (Policy says seg doors won't be opened unless an Inmate is in cuffs.) DUNIA then pulled his electronic tazer on me and ordered me to take off my clothes. I took off all but my pants and backed up against the wall and sat on the floor. DUNIA then gave an order to "light him up" at which time VARNEY used a riot sized can of O.C. spray to spray me in my face and then in my genitals. While C/O WALKER watched. The seg door stayed open and I was sprayed until I and one the officers vomitted. It's on camera, seg CTV.

c) The seg door was then closed. Officers did not bring me clothes. I stayed in the cage for 65 minute before being taken to medical. By then the spray

Case 5:24-ct-03289-FL Document 31 Filed 10/09/25 Page 26 of 32

Timeline Continued:

had ate through my skin. From elbow to wrist was bloody. I held my pants and boxers up to show, they were completly orange from the OC spray, the seg cameras.

1) After seeing medical I was released right back into general population. As I had no reason to even enter R.H.U., nor was I suspected of contraband, I had no reason to be stripped. I was non-threating, sitting six feet away on the floor, facing 3 C/O, one with a tazer out, while the other sprayed me. Then (against OPS Policy) I was left in the shower cage for 65 minutes with the oil based, and heat activated spray on my genitals, and because of the spray in my eyes I could not see to clean it off. Total violation of the 8th Amend.

36) I filed a grievance about it 02/06/25. Orginally I filed a PREA for Forceable Rape. The PREA Lady said it wasn't PREA; but was Excessive Force. She told me to file a grievance. I did.

37) The next day I was charged with a false A14, on 02/07/25. For starting a conversation with a Black man w/ dreads, who was on crutches, and is labled SRG-3 CRIP. I was charged for having a Folk Nation meeting, which is a whole different gang. I asked for a statement be

Case 5:24-ct-03289-FL Document 31 Filed 10/09/25 Page 27 of 32

Timeline Continued:

be gathered from that man. Instead they got a statement from Leo Papagni, a white man. ~~At~~ Exhibit #27. At the D.H.O. I said that. D.H.O. said he reviewed the video. I said then he seen me start talking to one black man, when another black Crip walked up. I wasn't talking to Papagni, he walked up later. All the D.H.O need do is look up the inmate and see he is white. The D.H.O. said that it isn't his job to review the evidence. All our infractions said something different. My Due Process was violated in retaliation for the Excess Force claim.

38) I filed the grievance on the C/Os for Excess Force. DORMAN said it would be investigated. That an officer would speak to me and get my statement. That was in reply to that grievance. Nobody spoke to me. Nobody did an investigation. Then I was transferred to another prison, 3/1/25.

39) I tried filing the grievance again, Exhibit #29, several times. It kept going missing.

40) Then one grievance did get in. It was rejected.

Timeline Continued:

41) My SRG Level was then raised to level 3, which now has me in max security. Exhibits #26, 28 and 30. I tried hard to fight it. To no avail. In Exhibit #30 the lady, ALSTON, in Raleigh said "they recommended your status be raised to a level 3 due to a violent infraction." Under next rules violent infraction are level-1 A-Charge Preditory Infractions. I have NO Level 1 Predatory infractions on this sentence. I was charged a Level-2 Non-Predatory Infraction. At no time have I got a violent offense this sentence. So again they lied. All these lies about my SRG status are in the records. As of this day, the 29th of September in 2025, I have NO assault charges on this sentence.

Herbal Mix

42) In November H.C.I. took away tobacco, as well as most prisons. Said it is against DPS policy. N.C. took tobacco in 2009. Since then, and currently, N.C.G.S.A. §148-23.1 permits use of tobacco in D.A.C. for religious purposes by inmates.

Gary Gochie 9/29/25
Gary D. Gochie #0808046

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No

If no, explain why not:

(Grievances, and may be responces, in my Exhibits)

Is the grievance process completed? ☑ Yes ☐ No

If no, explain why not:

Except for any grievances they "lost"

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

1) Change the policy blocking inmates from changing religious prefrences from 12 months to 90 days.
2) Follow N.C.G.S.A and give Native American Services back Tobacco.
3) Reimburse me the court cost and postage for this case.
4) Give me $8,500.00 in damages
5) Expunge all the retaliation infractions and adjust my SRG and Custody level to reflect it.
6) Demote both Sgt. Dunlap and Helen Francis in rank and pay.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☑ Yes ☐ No

If yes, how many? 2

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

5:18-cv-00128 Dismissed with Prejudice
Ken Beaver, W.D. U.S.D.C.

5:18-cv-00148 Dismissed without Prejudice. It timed out.
Ken Beaver, W.D. U.S.D.C.

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

***Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.***

9/28/25
Dated

Gary D. Gochie
Plaintiff's Signature

Gary D. Gochie
Printed Name

0808046
Prison Identification #

5150 Western Ave. — Morganton — NC — 28655
Prison Address — City — State — Zip Code