IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GARY D. GOCHIE,

    Plaintiff,

v.

NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION, NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, HARNETT CORRECTIONAL INSTITUTION, CATHY JUDGE, SARAH FLOYD, JIMMY C. DORMAN, TYRELL GRIGGS, MS. COOPER, HELEN FRANCIS, TRACEY W. DAILEY, TAMMY BARNWELL, MR. CLYBURN, MR. VARNEY, MR. WALKER, MR. YOUNG, MR. PERSONS, TIA SAMOYOA, MRS. CALENDAR, PETER BUCHOLTZ, KIMBERLY D. GRANDE, INA M. HINTON, MONICA STRAUGH, PATRICIA A. ALSTON, MR. GODFREY, MR. DUNIA, and MR. POWELL,

    Defendants.

**Judgment in a Civil Case**

Case Number 5:24-CT-3289-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for initial review pursuant to 28 U.S.C. § 1915 (e)(2)(B) and to evaluate whether plaintiff's complaint complies with the instruction in the court's August 22, 2025, order.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This judgment filed and entered on November 18, 2025, with service on:

Gary D. Gochie 0808046    (via U.S. Mail)
Foothills Correctional Institution
5150 Western Ave.
Morganton, NC 28655

November 18, 2025    PETER A MOORE, JR., CLERK

    by _____
    Deputy Clerk