In The United States District Court
For the Eastern District of North Carolina,
Western Division

FILED

DEC 09 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ____ DEP CLK

Gary D. Gochie,
Plaintiff,

v.

N.C. D.A.C., et al,
Defendant

Case No: 5:24-CT-3289-FL

Motion to Request
Reconsideration and Amendment

I, Gary D. Gochie, the Pro Se Plaintiff, of the above named case, on this the 3rd day of December, 2025, hereby request Reconsideration by the Honorable Judge Louise W. Flanagan.

1) If your Honor will not Reconsider my claim, I hereby ask for leniency an request the opportunity to re-amend my complaint.

2) Ma'am to the best of my knowledge, under the Hear Say laws I could not make a complaint quoting an officer without therefore encluding them as a defendant in the case.

3) Lt. Young was the Officer In Charge (O.I.C.) at the time I was asked to strip for no other reason then to harass and humiliate the plaintiff. He also would've been the Investigator, I

Lt. Young and I spoke while he was taking me to medical, I would've brung this up in Discovery. He himself said the Officers were in the wrong. That is why he put me straight back in population. I NEVER went into a segregation cell, that day, or after it while at that prison, and it was the reason for the strip search?

At your request I'll drop him as a Defendant. But, he'll have to be listed as a witness, One who works dirrectly for several other Defendants in this Case.


4) Sgt. Godfrey (Now Lt.) was the officer who refused to drop my SRG level after 5 years of zero guilty Infractions, due to my grievances against the prison. I was using that in the Retaliation.

As the very day they served me my acceptance of my §1983 claim, which was 3 letters on different days, were giving to me 12 days, 11 days and 3 days after recieved, his Supervisor tried to raise my custody level for false reasons. His Supervisor is a Defendant. The raise in custody level wasn't raised at that time. That defendant, Cpt. Dorman screens all incoming mail and called this court to verify the lawsuit before trying

II

to raise the Plaintiff's custody security threat group (SRG) level.

I'll drop Mr. Sgt. Godfrey as a defendant at this time.

5) Ina Hinton was direct respondent to several grievances about the abuse of my Religious Rights. Several times I wrote her to point out Laws and DAC polices to support my grievances. Each of which she herself took part in denying. That makes her a direct connection.

I hereby drop her as a defendant at the request of the Judge.

She'll be listed as a material witness to my claims showing deliberate indifference later.

6) If the Plaintiff can, he'd like to Amend his complaint to narrow it down further. The claim will go to PLUIPA mainly with a slight retaliation. I'll then drop most of the retaliation unless needed in Discovery to prove claim. As well as drop the 8th Amendment Assault Claim and will refile that claim seperatly.

III

Case 5:24-ct-03289-FL    Document 34    Filed 12/09/25    Page 3 of 5

The Plaintiff's request to Reconcider is hereby
Granted by _____
      on _____


The Plaintiff's request to Re-Amend, and drop
defendants, and shorten further the claim is hereby
Granted by _____
      on this day _____


Gary D. Gochie 12/3/25
Gary D. Gochie #0808046
Foothills Corr Ins.
5150 Western Ave.
Morganton, NC 28655


Please send the Plaintiff an Amendment Form
to the above address, _____

IV

Case 5:24-ct-03289-FL    Document 34    Filed 12/09/25    Page 4 of 5

# Certificate of Service

I, Gary D. Gochie, the Plaintiff in case # 5:24-CT-3289-FL hereby by Certify that I filed this Motion to Reconsideration and Amend, and Motion for Extention to Appeal, in the United States Mail, Postage Pre-Paid, on this the 3rd day of December, 2025, addressed as follows:

#5:24-CT-3289-FL
United States District Court
Eastern District of North Carolina
Office of the Clerk
PO Box 23670
Raleigh, NC 27611

*Gary D. Gochie* 12/3/25
Gary D. Gochie #0808046
Foothills Corr Ins. #3720
5150 Western Ave.
Morganton, NC 28655