FILED

DEC 09 2025

PETER A. MOORE JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

In The United States District Court
For The Eastern District of North Carolina
Western Division

Gary D. Gochle,               (
        Plaintiff,             (          Case No: 5:24-CT-3289-FL
v.                             (
N.C. D.A.C. et al,            (          Motion for Extention
        Defendant             (               to Appeal

I, Gary D. Gochle, the plaintiff in the above named case, hereby In Pro Se, ask for Extention of time on my Notice of Appeal.

I am asking the Honarble Judge L.W. Flanagan for reconsideration and chance to reamend my complaint. I need to to get response.

If not approved, I hereby ask your Honor to please grant a 60 day extention to my appeal filling date, and hereby give notice of Intent to appeal.

Motion hereby Granted by _____
        on _____

Gary D Gochie    12/2/25
Gary D. Gochle  #0808046